RECEIVED NOV 18 2019 PRO SE OFFICE

RECEIVED NOV 13 2019 CHAMBERS OF DEBRA FREEMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nadine Panton #11G0022
Bedford Hills Correctional Facility
United States District Court for the Southern District of New York
(List the full name(s) of the plaintiff(s)/petitioner(s).)

17 cv 07539 (AT)(DF)

-against-

Joseph Joseph, superintendant,
Bedford Hills Correctional Facility
(List the full name(s) of the defendant(s)/respondent(s).)

Application for the Court to Request Pro Bono Counsel

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11-13-19

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/29/2020

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [✓] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro bono counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

   I'm requesting an attorney because I don't have the financial support to afford an attorney, and also, because matters of law that needs to be addressed are complicated due to the difference of interpretations in different courts, and on different panels of the courts. I am not a lawyer, and do not want to be deprived for lack of understanding the courts interpretations on laws that need to be addressed. Questions are raised in the courts denial of several constitutional violations that were raised in my defense on appeal that were ignored even though my co-defendant's argument of the same constitutional rights were raised and she received a conviction overturn with a new trial due to two different

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

My trial attorney was provided by the courts, and on appeal from the conviction of that trial, I had filed for a poor persons report, and that was granted. The Appellate Division 1st department litigated all my appeals upon this very moment where they are now unable to move forward with my case due to my last denial of leave to appeal

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| November 6, 2019 | Nadine Panton |
| Date | Signature |
| Panton, Nadine Aneita | 11G0022 |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 247 Harris Road | Bedford Hills   N.Y   10507 |
| Address | City   State   Zip Code |
| | |
| Telephone Number | E-mail Address (if available) |

Petitioner's request that the Court appoint counsel to represent her in this habeas proceeding is denied without prejudice, as petitioner has not shown, at this time, that her claims are likely to be of merit. Nonetheless, this Court may revisit petitioner's application if, after reviewing respondents' submission, this Court determines that petitioner and the Court would benefit from the assistance of pro bono counsel.

SO ORDERED   DATE: 1/14/2020

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

(This resolves Dkt. 17)