UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NADINE PANTON

                          Petitioner,

    -against-

JOSEPH JOSEPH, Superintendent, Bedford Hills Correctional Facility

                          Respondent.

17cv7539 (AT) (DF)

**ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

      Petitioner Nadine Panton ("Petitioner"), proceeding *pro se*, has brought this habeas proceeding to challenge her state-court conviction.  It appears that, at all relevant times, Petitioner has been incarcerated at the Bedford Correctional Facility in Bedford, New York ("Bedford").[1]  In June 2018, this Court stayed these proceedings and held the Petition in abeyance, pending Petitioner's exhaustion of a claim that she had raised in the state courts, but that had not yet been resolved there.  (Dkt. 16.)  After that claim was exhausted, Petitioner amended her Petition in November 2019,[2] and Respondent filed an opposition to the Amended Petition on June 1, 2020 (Dkt. 26).  On June 29, 2020, Petitioner then informed this Court that, as a result of a facility shut-down resulting from the COVID-19 pandemic, she had been unable to access the law library at Bedford and therefore needed additional time to file a reply.  (*See* Dkt. 29.)  After this Court extended the deadline for Petitioner's filing of a reply to

---

    [1] *See* Petition Under 28 U.S.C.A. § 2254 For Writ of Habeas Corpus by a Person in State Custody, dated Sept. 27, 2017 ("Petition" or "Pet.") (Dkt. 2); *see also* http://nysdoccslookup.doccs.ny.gov/ (accessed Oct. 1, 2021).

    [2] *See* First Amended Petition Under 28 U.S.C.A. § 2254 For Writ of Habeas Corpus by a Person in State Custody, dated Nov. 6, 2019 ("Amended Petition" or "Am. Pet.") (Dkt. 18).

September 30, 2020 (*see* Dkt. 30), Petitioner made a second request for an extension, but did not specify how much additional time she was seeking (*see* Dkt. 31).  To date – a year after her last request – this Court has received no further correspondence from Petitioner, nor any reply submission, which raises a question as to whether she still wishes to proceed in this Court with her Amended Petition.  Under the circumstances, it is hereby ORDERED as follows:

      1.      Petitioner's time to file a reply to Respondent's opposition is extended to **November 12, 2021**.  No later than that date, Petitioner is directed either to file her reply or to inform this Court that she no longer wishes to proceed with this action.  Petitioner is cautioned that, if the Court does not receive a reply submission, then it may reach a determination of her habeas claims based solely on the Amended Petition itself and on Respondent's submission in opposition.

      2.      Although, as noted above, it appears from public sources that Petitioner is still incarcerated at Bedford, Petitioner is also cautioned that, if she wishes to proceed with this action, she must keep the Court apprised of any change in the address at which she may be reached.

      3.      Any submission that Petitioner seeks to make in response to this Order should be mailed to the Court's *Pro Se* Office, at the following address:

> *Pro Se* Intake Unit
> U.S. Courthouse
> 500 Pearl Street
> New York, New York 10007

    4.    The Clerk of Court is directed to mail a copy of this Order to Petitioner at the address reflected on the Docket and shown below.

Dated:  New York, New York
         October 1, 2021

                              SO ORDERED

                              DEBRA FREEMAN
                              United States Magistrate Judge

Copies to:

Ms. Nadine Panton
DIN No. 11-G-0022
Bedford Correctional Facility
247 Harris Road
Bedford, New York 10507-2400

Respondent's counsel (via ECF)