**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
NADINE PANTON,

                      Petitioner,              **17-CV-07539 (AT) (VF)**

        -against-                           **ORDER**

JOSEPH JOSEPH, Superintendent
Bedford Hills Correctional Facility,

                      Respondent.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Respondent is directed to provide the Court with a copy of the Suppression Court's written decision (dated September 27, 2010), no later than **Friday, June 3, 2022.** In addition, if Respondent has obtained a copy of the trial transcript, Respondent should also submit it at that time.

      **SO ORDERED.**

DATED:    New York, New York
                 May 27, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge