**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NADINE PANTON,

                            Petitioner,                 **17-CV-07539 (AT) (VF)**

       -against-                              **ORDER**

JOSEPH JOSEPH, Superintendent
Bedford Hills Correctional Facility,

                           Respondent.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Respondent is directed to provide the Court with (1) a copy of the transcript of the

prosecutor's summation during Petitioner's trial (referenced by Respondent at page 34 of

Respondent's Memorandum of Law, ECF No. 26); and (2) the transcript of Sparkle Daniel's

trial (referenced at page 34, footnote 6 of Respondent's Memorandum of Law). Both

transcripts should be submitted no later than **Friday, July 15, 2022.**

      **SO ORDERED.**

DATED:     New York, New York
            July 12, 2022

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge