## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
NADINE PANTON,

                        Petitioner,                      17 **CIVIL** 7539 (AT)(VF)

       -against-                                  **<u>JUDGMENT</u>**

JOSEPH JOSEPH; Superintendent, Bedford Hills
Correctional Facility,

                        Respondent.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2025, the Court OVERRULES Panton's objections, ADOPTS the R&R in full, DENIES Panton's amended petition, and DECLINES to issue a certificate of appealability. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 21, 2025

                                                              **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                             **BY:**

                                                             **Deputy Clerk**